UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-CR-95 (TSC) |
| : | |
| **JOSEPH ROBINSON,** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Counsel requests a brief continuance of Mr. Robinson's sentencing hearing that is currently scheduled for February 18, 2025. Mr. Schiffelbein has been hospitalized since Thursday. He is expected to make a full recovery but is not expected to be released until late this week. He requests a hearing date after February 26, 2025 to give him time to file his sentencing memo. Government Counsel has consented to this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender on behalf of Benjamin Schiffelbein
625 Indiana Avenue NW
Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org